## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEBRASKA BOOK COMPANY, INC., | ) | Case No. 11-[_____] (__) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS PURSUANT TO
## FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(3)

| Name and Last Known Address of Equity Interest Holder | Percentage of Interests Held | Type of Equity Interest |
|---|---|---|
| NBC Acquisition Corp.<br>4700 South 19th Street<br>Lincoln, Nebraska 68501 | 100% | Shares |

**DECLARATION UNDER PENALTY OF PERJURY**
**CONCERNING LIST OF EQUITY SECURITY HOLDERS**

I declare under the penalty of perjury that I have read the foregoing list of equity security holders and that it is true and correct to the best of my information and belief.

Dated: June 27, 2011

Alan G. Siemek
Chief Financial Officer, Senior Vice President,
Treasurer, and Assistant Secretary