# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEBRASKA BOOK COMPANY, INC., | ) | Case No. 11-[_____] (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following organizational chart identifies all entities having a direct or indirect ownership interest, of the above-captioned debtor in possession (the "Debtor") and any entity in which the Debtor owns an interest.

# Nebraska Book Company
# Organizational Chart



## DECLARATION UNDER PENALTY OF PERJURY
## CONCERNING CORPORATE OWNERSHIP STATEMENT

I declare under the penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Dated: June 27, 2011

Alan G. Siemek
Chief Financial Officer, Senior Vice President, Treasurer, and Assistant Secretary