**EXHIBIT C**
**NEW ABL FACILITY**

**[TO BE REDACTED/FILED UNDER SEAL]**