# EXHIBIT D
## KEY TERMS OF NEW SENIOR SECURED NOTES

[TO BE REDACTED/FILED UNDER SEAL]