# EXHIBIT E
# NEW SENIOR UNSECURED NOTES

# [TO BE REDACTED/FILED UNDER SEAL]