# EXHIBIT F
# NEW WARRANTS

| Issuer: | NBC |
|---|---|
| Terms: | New Warrants shall be for 5.0% of the New Common Equity, exercisable at a $550 million Total Enterprise Value with subsequent equity value implied by the Company's capital structure after the Restructuring. The New Warrants shall be subject to dilution from the Management Equity Incentive Plan. |