IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| NEBRASKA BOOK COMPANY, INC., *et al.*,[1] | ) Case No. 11-12005 (PJW) |
| Debtors. | ) (Joint Administration Requested) |

Hearing Date: **June 28, 2011, at 3:00 p.m. prevailing Eastern time**

## NOTICE OF HEARING ON MOTION OF THE DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (A) AUTHORIZING THE DEBTORS TO OBTAIN POSTPETITION FINANCING AND LETTERS OF CREDIT, (B) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL, (C) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED LENDERS AND APPROVING THE ADEQUATE PROTECTION STIPULATION, AND (D) SCHEDULING A FINAL HEARING

**PLEASE TAKE NOTICE** that on June 27, 2011, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing and Letters of Credit, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Adequate Protection to Prepetition Secured Lenders and Approving the Adequate Protection Stipulation, and (D) Scheduling a Final Hearing* (the "Motion") (Docket No. 12), attaching the proposed *Interim Order Under 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e) and 507 and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III)*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number include: Nebraska Book Company, Inc. (9819); Campus Authentic LLC (9156); College Bookstores of America, Inc. (9518); NBC Acquisition Corp. (3347); NBC Holdings Corp. (7477); NBC Textbooks LLC (1425); Net Textstore LLC (6469); and Specialty Books, Inc. (4807). The location of the debtors' service address is: 4700 South 19th Street, Lincoln, Nebraska 68512.

*Granting Adequate Protection to Prepetition Secured Lenders and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c)* (the "Proposed Interim DIP Order"). The Proposed Interim DIP Order without exhibits is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek interim approval of the Motion and entry of the Proposed Interim DIP Order at a hearing before the Honorable Peter J. Walsh, United States Bankruptcy Judge, at 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on **June 28, 2011, at 3:00 p.m. prevailing Eastern time**. A copy of the Motion and the Proposed Interim DIP Order with exhibits may be obtained by contacting the undersigned Debtors' proposed counsel.

[Remainder of Page Left Intentionally Blank]

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to modify, if necessary, the Proposed Interim DIP Order before or at the Hearing.

| | |
|---|---|
| Wilmington, Delaware<br>Dated: June 27, 2011 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>/s/ *signature*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>Wilmington, Delaware 19899-8705<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>E-mail: ljones@pszjlaw.com<br>joneill@pszjlaw.com<br>pkeane@pszjlaw.com<br><br>and<br><br>**KIRKLAND & ELLIS LLP**<br>Marc Kieselstein, P.C. (*pro hac vice* pending)<br>Chad J. Husnick (*pro hac vice* pending)<br>Daniel R. Hodgman (*pro hac vice* pending)<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>E-Mail: marc.kieselstein@kirkland.com<br>chad.husnick@kirkland.com<br>daniel.hodgman@kirkland.com<br><br>Proposed Co-Counsel to the Debtors and Debtors in Possession |