# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEBRASKA BOOK COMPANY, INC., | Case No. 11-12005 (PJW) |
| Debtor. | |
| Tax ID: 47-0549819 | |
| In re: | Chapter 11 |
| CAMPUS AUTHENTIC LLC, | Case No. 11-12003 (PJW) |
| Debtor. | |
| Tax ID: 90-0439156 | |
| In re: | Chapter 11 |
| COLLEGE BOOKSTORES OF AMERICA, INC., | Case No. 11-12009 (PJW) |
| Debtor. | |
| Tax ID: 36-3309518 | |
| In re: | Chapter 11 |
| NBC ACQUISITION CORP., | Case No. 11-12008 (PJW) |
| Debtor. | |
| Tax ID: 47-0793347 | |
| In re: | Chapter 11 |
| NBC HOLDINGS CORP., | Case No. 11-12006 (PJW) |
| Debtor. | |
| Tax ID: 75-3147477 | |

| | |
|---|---|
| In re: <br><br>NBC TEXTBOOKS LLC, <br><br>                Debtor. <br><br>Tax ID: 20-1831425 | ) Chapter 11 <br> ) <br> ) <br> ) Case No. 11-12004 (PJW) <br> ) <br> ) <br> ) <br> ) <br> ) |
| In re: <br><br>NET TEXTSTORE LLC, <br><br>                Debtor. <br><br>Tax ID: 14-1996469 | ) Chapter 11 <br> ) <br> ) <br> ) Case No. 11-12002 (PJW) <br> ) <br> ) <br> ) <br> ) <br> ) |
| In re: <br><br>SPECIALTY BOOKS, INC., <br><br>                Debtor. <br><br>Tax ID: 75-3044807 | ) Chapter 11 <br> ) <br> ) <br> ) Case No. 11-12007 (PJW) <br> ) <br> ) **Related Docket No. 2** <br> ) <br> ) |

## ORDER DIRECTING JOINT ADMINISTRATION
## OF THE DEBTORS' CHAPTER 11 CASES

Upon the motion (the "Motion") of the above-captioned debtors and debtors in possession (collectively, the "Debtors")[1] for entry of an order (this "Order") directing joint administration of their related chapter 11 cases, all as more fully set forth in the Motion; and upon the First Day Declaration; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court.

3. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NEBRASKA BOOK COMPANY, INC., *et al.*,[1] | ) ) ) | Case No. 11-12005 (PJW) |
| Debtors. | ) ) | Jointly Administered |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number include: Nebraska Book Company, Inc. (9819); Campus Authentic LLC (9156); College Bookstores of America, Inc. (9518); NBC Acquisition Corp. (3347); NBC Holdings Corp. (7477); NBC Textbooks LLC (1425); Net Textstore LLC (6469); and Specialty Books, Inc. (4807). The location of the debtors' service address is: 4700 South 19th Street, Lincoln, Nebraska 68512

4. A docket entry shall be made in each of the above-captioned cases substantially as follows:

An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the chapter 11 cases of Nebraska Book Company, Inc.; Campus Authentic LLC; College Bookstores of America, Inc.; NBC Acquisition Corp.; NBC Holdings Corp.; NBC Textbooks LLC; Net Textstore LLC; and Specialty Books, Inc. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 11-12005(PJW).

5. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned chapter 11 cases.

6. The foregoing caption satisfies the requirements of section 342(c)(1) of the Bankruptcy Code.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Wilmington, Delaware
Dated: June 2, 2011

THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

4