IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NEBRASKA BOOK COMPANY, INC., *et al.*,[1] | ) Case No. 11-12005 (PJW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) Related Docket No. 13 |

## ORDER AUTHORIZING DEBTORS TO FILE UNDER SEAL THE CERTAIN FEE LETTER RELATED TO PROPOSED DEBTOR-IN-POSSESSION FINANCING

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for an order pursuant to sections 105(a) and 107(b) of title of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules") authorizing the Debtors to file under seal the certain letter regarding (i) the engagement and (ii) fees (the "DIP Letter") related to the Debtors' proposed Superpriority Debtor-in-Possession Credit Agreement (the "DIP Agreement"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that consideration of the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that notice of the Motion

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number include: Nebraska Book Company, Inc. (9819); Campus Authentic LLC (9156); College Bookstores of America, Inc. (9518); NBC Acquisition Corp. (3347); NBC Holdings Corp. (7477); NBC Textbooks LLC (1425); Net Textstore LLC (6469); and Specialty Books, Inc. (4807). The location of the debtors' service address is: 4700 South 19th Street, Lincoln, Nebraska 68512.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

was appropriate under the circumstances; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED, DECREED AND ADJUDGED THAT:

1. The Motion is hereby granted in its entirety.

2. The Debtors are authorized to file the DIP Letter under seal.

3. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

4. The Debtors are directed to maintain the strict confidentiality of the DIP Letter and the information contained therein; *provided, however*, that the following italicized information shall not be confidential and shall be a matter of public record:

*The estimated aggregate amount of fees and expenses payable by the Debtors in connection with the DIP Facility is approximately $11 million, including fees and expenses in respect of: (i) Underwriting Fee; (ii) Original Issue Discount Fee on Term DIP Loan; (iii) Upfront Fee; (iv) Administrative Agency Fee; (v) Collateral Monitoring Fee; (vi) Legal and Advisory Fees; (vii) Out-of-Pocket Expenses; (viii) data storage and processing fee.*

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entirety.

2

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Wilmington, Delaware
Dated: June 28, 2011

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

3