UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

IN THE MATTER OF: : Chapter 11
:
Nebraska Book Company, Inc. : Case No. 11-12005 (PJW)
:
: NOTICE OF APPOINTMENT OF
: COMMITTEE OF UNSECURED
Debtors. : CREDITORS
---------------------------------

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **U.S. Bank National Association**, Attn: James E. Murphy, 100 Wall Street, Suite 1600, New York, NY 10005, Phone: 212-361-6174, Fax: 212-514-6841

2. **The Bank of New York Mellon Trust Company N.A., as Trustee**, Attn: David M. Kerr, 101 Barclay Street, New York, NY 10283, Phone: 212-815-5650, Fax: 732-667-9322

3. **Pearson Education, Inc.**, Attn: Daniel R. Lennon, One Lake Street, Upper Saddle River, NJ 07458, Phone: 201-236-3430, Fax: 201-818-8749

4. **Elsevier, Inc.**, Attn: Emmitt Hamilton, 3251 Riverport Lane, Maryland Heights MD 63043, Phone: 314-447-8281

5. **JanSport, A Division of VF Outdoor**, Attn: Lisa Eickert, P.O. Box 1817, Appleton WI 54912, Phone: 920-735-1954, Fax: 920-735-1929


    ROBERTA A. DEANGELIS
    United States Trustee, Region 3


    /s/ David Klauder, for
    T. PATRICK TINKER
    ASSISTANT UNITED STATES TRUSTEE

DATED: July 11, 2011

Attorney assigned to this Case: David Klauder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: James O'Neill, Esquire, Phone: (302) 652-4100, Fax: (302) 652-4400