**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NEBRASKA BOOK COMPANY, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 11-12005 (PJW)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS
PURSUANT TO § 1109(b) OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULES 2002 AND 9010**

**NOTICE IS HEREBY GIVEN** pursuant to § 1109(b) of Title 11 of the United States Code ("Bankruptcy Code") and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that Lowenstein Sandler PC appears as counsel for and on behalf of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 bankruptcy cases.

**NOTICE IS FURTHER GIVEN** that the Committee requests that all notices given or required to be given in the above-captioned chapter 11 bankruptcy cases (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, include: Nebraska Book Company, Inc. (9819); Campus Authentic LLC (9156); College Bookstores of America, Inc. (9518); NBC Acquisition Corp. (3347); NBC Holdings Corp. (7477); NBC Textbooks LLC (1425); Net Textstore LLC (6469); and Specialty Books, Inc. (4807).

**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, NJ 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

- and –

1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

Attn: Bruce Buechler, Esq.
E-mail: bbuechler@lowenstein.com
Attn: Bruce S. Nathan, Esq.
E-mail: bnathan@lowenstein.com
Attn: Michael Savetsky, Esq.
E-mail: msavetsky@lowenstein.com
Attn: Wojciech F. Jung, Esq.
E-Mail: wjung@lowenstein.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, overnight delivery, hand delivery, facsimile, telephone or otherwise, that affect

the above-captioned Debtors or Debtors-in-Possession or the property of such Debtors or Debtors' estates.

Dated: July 13, 2011                                LOWENSTEIN SANDLER PC

                                                        /s/ Bruce Buechler
                                                        Bruce Buechler, Esq.
                                                        Bruce S. Nathan, Esq.
                                                        Michael Savetsky, Esq.
                                                        Wojciech F. Jung, Esq.
                                                        65 Livingston Avenue
                                                        Roseland, NJ 07068
                                                        Telephone: (973) 597-2500

                                                        - and -

                                                        1251 Avenue of the Americas, 18th Floor
                                                        New York, New York 10020
                                                        (212) 262-6700 (Telephone)
                                                        (212) 262-7402 (Facsimile)


                                                        *Proposed Counsel to the Official Committee*
                                                        *of Unsecured Creditors*