# EXHIBIT B

## REORGANIZED DEBTORS' FINANCIAL PROJECTIONS

## EXHIBIT B

## REORGANIZED DEBTORS' FINANCIAL PROJECTIONS

|  | For the Year Ending March 31 | | | | |
| --- | --- | --- | --- | --- | --- |
|  | 2012 | 2013 | 2014 | 2015 | 2016 |
| **INCOME STATEMENT** | | | | | |
| Revenue | $549.2 | $505.8 | $514.6 | $543.1 | $585.3 |
| Cost of sales | (338.0) | (306.5) | (310.7) | (328.4) | (353.4) |
| Gross profit | $211.1 | $199.3 | $203.9 | $214.7 | $232.0 |
| Operating expenses: | | | | | |
| SG&A | (168.0) | (154.7) | (155.9) | (162.5) | (175.3) |
| Depr & amort | (16.9) | (17.2) | (17.5) | (17.9) | (18.2) |
| Goodwill Impairment Charge | (122.6) | – | – | – | – |
|  | (307.5) | (171.8) | (173.5) | (180.4) | (193.5) |
| Income from operations | ($96.3) | $27.5 | $30.5 | $34.3 | $38.4 |
| Other expenses | | | | | |
| Interest expense, net | (39.7) | (20.2) | (23.4) | (22.7) | (20.6) |
| Gain on extinguishment of debt | – | 372.9 | – | – | – |
|  | (39.7) | 352.7 | (23.4) | (22.7) | (20.6) |
| Income before taxes | ($136.0) | $380.2 | $7.1 | $11.6 | $17.9 |
| Reorg / Admin costs | (23.0) | (10.2) | – | – | – |
| Income taxes | 5.4 | (2.9) | (2.8) | (4.6) | (7.1) |
| Net income | ($153.7) | $367.0 | $4.3 | $7.0 | $10.7 |

*Unaudited amounts; subject to Fresh Start Accounting*
*Does not include any potential impact of CODI and/or rental deferral accounting*

|  | For the Year Ending March 31 | | | | |
|---|---|---|---|---|---|
|  | 2012 | 2013 | 2014 | 2015 | 2016 |
| **BALANCE SHEET** | | | | | |
| Cash | $104.0 | $47.8 | $47.6 | $47.4 | $47.2 |
| A/R and Inventory | 173.1 | 170.8 | 172.2 | 178.5 | 189.1 |
| Other Current Assets | 22.3 | 23.5 | 24.1 | 24.5 | 24.7 |
| Total Current Assets | $299.4 | $242.2 | $244.0 | $250.4 | $261.0 |
| PP&E, net | 37.9 | 37.2 | 37.6 | 38.3 | 39.1 |
| Goodwill & Other Intangibles | 113.2 | 106.6 | 100.6 | 95.2 | 90.2 |
| Debt Issue and Other | 3.0 | 2.7 | 1.5 | 0.3 | 0.2 |
| **Total Assets** | $453.4 | $388.7 | $383.7 | $384.2 | $390.4 |
| Current Maturities of Debt | 577.3 | – | – | – | – |
| Current Liabilities | 24.2 | 26.2 | 26.5 | 28.0 | 30.5 |
| Total Current Liabilities | 601.5 | 26.2 | 26.5 | 28.0 | 30.5 |
| Long Term Debt | 0.1 | 158.4 | 148.0 | 139.2 | 131.3 |
| Deferred Income Taxes | 39.1 | 40.2 | 41.3 | 42.3 | 43.4 |
| Capital Leases | 1.5 | 1.3 | 1.1 | 0.9 | 0.7 |
| Other | 2.3 | 2.3 | 2.3 | 2.3 | 2.3 |
| Preferred | 15.6 | – | – | – | – |
| Stockholder's Equity (Deficit) | (206.7) | 160.3 | 164.5 | 171.5 | 182.2 |
| **Total Liabilities and Equity** | $453.4 | $388.7 | $383.7 | $384.2 | $390.4 |

*Unaudited amounts; subject to Fresh Start Accounting*
*Does not include any potential impact of CODI and/or rental deferral accounting*

| BALANCE SHEET ADJUSTMENTS | Projected 5/31/2012 | Recapitalization Adjustments | Pro Forma 5/31/2012 |
|---|---|---|---|
| Cash | 70.1 | (62.1) | 8.0 |
| A/R and Inventory | 195.1 | – | 195.1 |
| Other Current Assets | 22.3 | – | 22.3 |
| Total Current Assets | $287.4 | ($62.1) | $225.3 |
| PP&E, net | 37.9 | – | 37.9 |
| Goodwill & Other Intangibles | 113.2 | – | 113.2 |
| Debt Issue and Other | 3.0 | 1.0 | 4.0 |
| Total Assets | $441.5 | ($61.1) | $380.4 |
| Current Maturities of Debt | 577.3 | (577.3) | – |
| Current Liabilities | 24.2 | (12.4) | 11.9 |
| Total Current Liabilities | $601.5 | ($589.6) | $11.9 |
| Long Term Debt | 0.1 | 183.2 | 183.3 |
| Deferred Income Taxes | 39.1 | 0.0 | 39.1 |
| Capital Leases | 1.5 | 0.0 | 1.5 |
| Other | 2.3 | 0.0 | 2.3 |
| Preferred Stock | 15.6 | (15.6) | – |
| Stockholder's Equity (Deficit) | (218.6) | 360.9 | 142.2 |
| Total Liabilities and Equity | $441.5 | ($61.1) | $380.4 |

*Unaudited amounts; subject to Fresh Start Accounting*
*Does not include any potential impact of CODI and/or rental deferral accounting*

|  | For the Year Ending March 31 | | | | |
| --- | ---: | ---: | ---: | ---: | ---: |
|  | 2012 | 2013 | 2014 | 2015 | 2016 |
| **CASH FLOW STATEMENT** |  |  |  |  |  |
| Net income | (153.7) | 367.0 | 4.3 | 7.0 | 10.7 |
|  |  |  |  |  |  |
| Adjustments |  |  |  |  |  |
| Depr & amort | 16.9 | 17.2 | 17.5 | 17.9 | 18.2 |
| Non-cash interest and amort of debt issue costs | 5.0 | 1.2 | 1.2 | 1.2 | 0.2 |
| Goodwill Impairment | 122.6 | – | – | – | – |
| Gain on debt extinguishment | – | (372.9) | – | – | – |
| Changes in operating assets and liabilities, net of acq's) |  |  |  |  |  |
| A/R and inventory | (28.0) | 4.0 | 2.5 | 0.1 | (2.6) |
| Other current assets | (2.5) | (1.3) | (0.6) | (0.3) | (0.2) |
| Current liabilities | (25.6) | 9.5 | (0.7) | (0.1) | 0.5 |
| Change in taxes | (1.7) | 1.1 | 1.1 | 1.1 | 1.1 |
| Net cash flows from operating activities | ($67.0) | $25.9 | $25.3 | $26.8 | $27.8 |
|  |  |  |  |  |  |
| **CASH FLOW FROM INVESTING ACTIVITIES:** |  |  |  |  |  |
| Capital expenditures | (6.0) | (9.0) | (10.0) | (10.0) | (10.0) |
| Acquisitions | (2.0) | (2.2) | (4.8) | (8.0) | (10.0) |
| Net cash flows from investing activities | ($8.0) | ($11.2) | ($14.8) | ($18.0) | ($20.0) |
|  |  |  |  |  |  |
| **CASH FLOW FROM FINANCING ACTIVITIES:** |  |  |  |  |  |
| Proceeds from issuance of long-term debt | – | 80.0 | – | – | – |
| Payment of financing costs | – | (0.8) | – | – | – |
| Payment to Second Liens noteholders | – | – | – | – | – |
| Payment of long-term debt | (1.1) | (25.1) | (10.6) | (9.0) | (8.1) |
| Borrowing under DIP credit facility | 123.8 | – | – | – | – |
| Payments under DIP credit facility | – | (125.0) | – | – | – |
| Net cash flows from financing activities | $122.6 | ($70.9) | ($10.6) | ($9.0) | ($8.1) |
|  |  |  |  |  |  |
| Beginning Cash | 56.4 | 104.0 | 47.8 | 47.6 | 47.4 |
| Change In Cash | 47.6 | (56.2) | (0.2) | (0.2) | (0.2) |
| Ending Cash | $104.0 | $47.8 | $47.6 | $47.4 | $47.2 |

*Unaudited amounts; subject to Fresh Start Accounting*
*Does not include any potential impact of CODI and/or rental deferral accounting*