# OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

Debtor's Name: **Nebraska Book Company, Inc.**         Bank: **Various**

Bankruptcy Number: **11-12005**         Account Number: **See Attachment A (*Bank Account Balances*)**

Date of Confirmation: **May 30, 2012**         Account Type: **Checking**

Reporting Period (month/year): **Fiscal Quarter Ending June 30, 2014**

| | |
|---|---|
| Beginning Cash Balance: | $12,316,000 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $32,321,000 |
| Collection of Accounts Receivable: | $29,847,000 |
| Tax Refund: | $0 |
| Sale of Debtor's Assets: | $0 |
| Capital Infusion pursuant to the Plan: | $36,100,000 |
| Total of cash received: | $98,268,000 |
| Total of cash available: | $110,584,000 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 |
| All other disbursements made in the ordinary course: | $102,816,000 |
| Total Disbursements | $102,816,000 |
| Ending Cash Balance | $7,768,000 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: **September 2nd, 2014**

Name/Title: **Justin D. Fry / VP Financial Planning & Analysis**

Balance Sheet Like That Below

**NEEBO, INC. – CONSDENSED CONSOLIDATED BALANCE SHEET (UNAUDITED)**

| ASSETS | Jun 2014 |
|---|---:|
| Cash (Unrestricted) | 7,768,000 |
| Cash (Restricted) | - |
| Accounts Receivable (Net) | 26,880,000 |
| Inventory | 81,784,000 |
| Notes Receivable | - |
| Prepaid Expenses | 4,649,000 |
| Other (Attach List) | 1,650,000 |
| *Total Current Assets* | 122,731,000 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | 15,077,000 |
| Machinery & Equipment | 513,000 |
| Furniture, Fixtures & Office Equipment | 19,500,000 |
| Vehicles | 1,043,000 |
| Leasehold Improvements | 7,709,000 |
| Less: Accumulated Deprec/Depletion | (13,101,000) |
| *Total Property, Plant & Equipment* | 30,741,000 |
| Due from Affiliates & Insiders | - |
| Other (Attach List) | 77,049,000 |
| *Total Assets* | 230,522,000 |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | |
| Accounts Payable | 38,182,000 |
| Taxes Payable | (39,000) |
| Notes Payable | 157,978,000 |
| Professional Fees | - |
| Secured Debt | - |
| Due to Affiliates & Insiders | - |
| Other (Attach List) | 19,572,000 |
| *Total Postpetition Liabilities* | 215,692,000 |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | |
| Secured Debt- Per Plan | - |
| Priority Debt- Per Plan | - |
| Unsecured Debt- Per Plan | - |
| Other (Attach List)- Per Plan | - |
| Total Prepetition Liabilities | - |
| Total Liabilities | 215,692,000 |
| **Equity** | |
| Common Stock | 7,000 |
| Preferred Stock | - |
| Paid-In Capital | 85,429,000 |
| Retained Earnings (Deficit) | (70,606,000) |
| Total Equity (Deficit) | 14,829,000 |
| Total Liabilities & Owners' Equity | 230,522,000 |

Balance Sheet – Other (Attachment Listing)
**NEEBO, INC. – CONSDENSED CONSOLIDATED BALANCE SHEET (UNAUDITED)**

| Other Current Assets | Jun 2014 |
|---|---:|
| Income Tax Receivable | 263,000 |
| Deferred Income Tax | 1,387,000 |
| *Total Other Current Assets* | *1,650,000* |
| **Other Assets** | |
| Goodwill | - |
| Identifiable Intangibles | 74,188,000 |
| Debt Issue Costs | 1,252,000 |
| Other Assets | 1,610,000 |
| *Total Other Assets* | *77,049,000* |
| **Other Liabilities Not Subject to Compromise (Postpetition Liabilities)** | |
| Accrued Employee Comp & Benefits | 5,262,000 |
| Accrued Interest | 4,332,000 |
| Accrued Incentives | 4,044,000 |
| Accrued Expense | 2,699,000 |
| Deferred Revenue | 1,840,000 |
| Reorganization Obligations | - |
| Current Maturities-Capital Leases | - |
| Other Long Term Liabilities | 9,000 |
| Long Term Reorganization Obligations | - |
| Deferred Income Tax | 1,387,000 |
| *Total Other Postpetition Liabilities* | *19,572,000* |

3

**Nebraska Book Company, Inc.**
**OFFICE OF THE UNITED STATES TRUSTEE-REGION 3**
**POST CONFIRMATION QUARTERLY SUMMARY REPORT**
*Attachment A (Bank Account Balances)*
**Fiscal Quarter Ending June 30, 2014**

| Last 4 digits of Account Number | Account Balance |
|---|---|
| *Main Corporate Accounts* | |
| 7107 | $        - |
| 3259 | 13,000 |
| 0248 | 551,000 |
| 5099 | 86,000 |
| 9988 | 3,000 |
| 7131 | - |
| 8027 | - |
| 7107 | 2,642,000 |
| | |
| *Change Fund* | 2,198,000 |
| *Aggregate individual bookstore accounts* | 2,275,000  (1) |
| | $  7,768,000 |

(1) Individual bookstore accounts are swept periodically into the corporate account.

**Nebraska Book Company, Inc.**
**OFFICE OF THE UNITED STATES TRUSTEE-REGION 3**
**POST CONFIRMATION QUARTERLY SUMMARY REPORT**
*Disbursements*
**Fiscal Quarter Ending June 30, 2014**

| Company Name | Case Number | Federal ID Number | Amount |
|---|---|---|---|
| NBC Holdings Corporation | 11-12006 | 75-3147477 | $ - |
| NBC Acquisition Corporation | 11-12008 | 47-0793347 | - |
| Nebraska Book Company, Inc. | 11-12005 | 47-0549819 | 102,673,000 |
| Specialty Books, Inc. | 11-12007 | 75-3044807 | 143,000 |
| NBC Textbooks, LLC | 11-12004 | 20-1831425 | - |
| College Bookstores of America, Inc. | 11-12009 | 36-3309518 | - |
| Campus Authentic, LLC | 11-12003 | 90-0439156 | - |
| Net Textstore, LLC | 11-12002 | 14-1996469 | - |
| **Total** | | | **$ 102,816,000** |